IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-411-BO

HELEN JO TALIAFERRO, *et al.*, )
        Plaintiffs, )
)
v. )    O R D E R
)
NORTH CAROLINA STATE BOARD OF )
ELECTIONS, *et al.*, )
        Defendants. )

A hearing on plaintiffs' motion for preliminary injunction has been noticed for Wednesday, September 23, 2020, at 1:30 p.m. at the United States District Courthouse at Raleigh, North Carolina.

Plaintiffs' motion for leave to use video technology [DE 35] is ALLOWED. All counsel who can attend the hearing without difficulty should do so, while any others may appear by video or teleconference. Any party or witness who cannot attend in person without difficulty may also participate by video or teleconference.

The parties are directed to contact the Clerk's Office to make arrangements for any video or teleconference appearance.

SO ORDERED, this 21 day of September, 2020.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE