UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-cv-411-BO

| | |
|---|---|
| HELEN JO TALIAFERRO, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE NORTH CAROLINA STATE BOARD )<br>OF ELECTIONS; *et al.*, )<br>)<br>Defendants. ) | **ORDER GRANTING STAY** |

**THIS MATTER** comes before the Court on defendants' motion for a stay of all further proceedings in this matter. Plaintiffs have consented to the motion and the Court finds that good cause is shown therefore.

Accordingly, the motion is **GRANTED**. All proceedings in this matter are stayed for sixty days from the date of entry of this Order. To the extent that the matter is not yet resolved at that time, the parties shall file a joint status report with the Court within sixty days of the entry of this Order along with a motion to continue the stay.

**SO ORDERED.**

Dated: 11-22-20

Terrence W. Boyle
Chief United States District Judge