IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case No. 5:20-cv-411-BO

HELEN JO TALIAFERRO, *et al.*, )
)
                Plaintiffs, )
)
v. )
) **ORDER**
NORTH CAROLINA STATE BOARD OF )
ELECTIONS, *et al.*, )
)
                Defendants. )
)

**THIS MATTER** coming on before the Court on the Parties' Joint Motion for Continued Stay Pending Resolution of all Claims, and the Court finding that good cause is shown therefore.

Now, therefore, the motion is **GRANTED**. All proceedings in this matter are stayed until March 15, 2021. To the extent that the matter is not yet resolved at that time, the Defendant shall file its Answer or otherwise respond to the Complaint.

**SO ORDERED.**

Dated: 1-26-21

Terrence W. Boyle
United States District Judge